**Order entered November 5, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00647-CV

**VIJAYALAKSHMI NADAR, Appellant**

**V.**

**THINAKAR NADAR, Appellee**

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-02474-2021**

### ORDER

A corrected clerk's record was filed in this appeal on October 25, 2021. We therefore **STRIKE** the clerk's record filed September 7, 2021.

We note the reporter's record has not been filed because appellant has not paid the fee for its preparation. We also note that the trial court denied appellant's motion for a free appellate record on August 19, 2021 and, by order of October 26, 2021, we denied as untimely appellant's motion to review the trial court's August 19th ruling. *See* Tex. R. Civ. P. 145(f). Because appellant is not entitled to

proceed without payment of costs, she is responsible for paying the reporter's fee.

*See* TEX. R. APP. P. 35.3(b)(3).  Accordingly, we **ORDER** appellant to file, no later than November 15, 2021, written verification she has paid or made arrangements to pay the reporter's fee.  We caution appellant that failure to comply may result in the appeal being submitted on the clerk's record alone.  *See id.* 37.3(c).

/s/    KEN MOLBERG
        JUSTICE